JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PRESILIANO YANEZ-VILLEGAS, | No. CV 25-2000-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN BIRKHOLTZ, | |
| Respondent. | |

Pursuant to the Court's Memorandum and Order,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Date: August 28, 2025

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge